IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| James Turner | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL CASE NO. ___ |
| | § | |
| Coastal Marine Contractors LLC and | § | |
| Fritz Brugge | § | |
| | § | |
| Defendants. | § | JURY DEMAND |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff James Turner brings this action complaining of Coastal Marine Contractors LLC and Fritz Brugge, individually (collectively as "Defendants") and will respectfully show the Court that:

## I.
## Jurisdiction and Venue

1.     This action is within the admiralty and maritime jurisdiction of this Court.

2.     This claim is maintained under the Jones Act and the general maritime law of the United States.

3.     Venue is proper in this district because Defendant, Coastal Marine Contractors, LLC, is subject to personal jurisdiction here and there is no district in which the action may otherwise be brought.  28 U.S.C. § 1391.

## II.
## Parties

4.      Plaintiff is an American seaman.  As an American seaman, Plaintiff brings this action pursuant to Section 1916, Title 28, United States Code without the prepayment of costs or the necessity of depositing security.

5.      Defendant Coastal Marine Contractors LLC is a Louisiana limited liability company.  Defendant Coastal Marine Contractors LLC may be served with process through its registered agent, Allen L. Warriner, 36318 Old Bayou Liberty Road, Slidell, LA 70460.

6.      Defendant Fritz Brugge is a resident of the State of Florida and does substantial business in Louisiana.  Defendant Fritz Brugge may be served with process at his address, 115 Reed Street, Panama City, Florida 32413.

## III.
## Nature of the Action

7.      This lawsuit is necessary as a result of injuries that Plaintiff received on or about January 3, 2012.  On or about this date, Plaintiff was employed by Coastal Marine Contractors, LLC and Fritz Brugge as a Jones Act seaman.  Plaintiff was assigned to the vessel M/V JEFFERSON which was owned, operated, and/or managed by Defendants.  The M/V JEFFERSON was towing a barge towards South America.   While Plaintiff was contributing to and aiding such vessel to accomplish its mission, Plaintiff sustained serious injuries to his abdomen, back, neck and other parts of his body due to Defendants' negligence, gross negligence, and the unseaworthiness of the vessel. While Plaintiff was contributing to and aiding such vessel to accomplish its mission, the connection between the tug boat and barge began to fail.  The captain of the M/V JEFFERSON ordered Plaintiff to

jump onto the barge from the tug boat.  As Plaintiff attempted to make the transfer back to the tug boat, the tug boat crashed into the barge.  The collision caused Plaintiff to fall a substantial distance and strike a large bit on the deck of the tug boat.  As a result of this fall, Plaintiff suffered severe injuries to his abdomen, back, and neck.

8.     Defendants and Defendants' agents, servants, and/or employees acting in the course and scope of their employment and agency were negligent, grossly negligent, and negligent per se for the following reasons:

a.     failure to properly supervise their crew;

b.     failure to properly train their employees;

c.     failure to provide adequate safety equipment, including but not limited to adequate fall protection equipment;

d.     failure to provide adequate medical treatment;

e.     operating the vessel with an inadequate crew;

f.     failure to maintain the vessel;

g.     vicariously liable for their employees' negligence;

h.     violating applicable Coast Guard, OSHA, and/or MMS rules;

i.     other acts deemed negligent.

At all relevant times, the vessels involved in this incident were unseaworthy.

9.     As a result of these occurrences, Plaintiff sustained severe and permanent injuries to his abdomen, back, neck and other parts of his body.  These occurrences and injuries occurred as a proximate result of the Defendants' negligence, in whole or in part, as a proximate result of the initial acts, negligence, lack of attention, and intentional and/or

reckless acts on the part of Defendants, their agents, servants and/or employees acting in the course and scope of their employment and agency.

10.     As a result of these occurrences, Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish, and other medical problems.  Plaintiff has sustained severe pain, physical impairment, mental anguish, disfigurement, and loss of enjoyment of life and in all reasonable probability, will continue to suffer these damages indefinitely.

11.     Plaintiff has suffered a loss of earnings in the past, as well as a loss of future earning capacity.  Plaintiff incurred and will continue to incur pharmaceutical and medical expenses in connection with his injuries.  Moreover, as an American seaman, Plaintiff is entitled to maintenance and cure.  Defendants have willfully, arbitrarily, and capriciously failed to comply with their maintenance and cure obligations.  For this reason, Plaintiff is entitled to recovery of punitive damages as well as attorney's fees.

12.     Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court.

**IV.**
**<u>Jury Demand</u>**

Plaintiff hereby respectfully demands a trial by jury.

## V.
## <u>Prayer</u>

For these reasons Plaintiff asks that Defendants be cited to appear and answer and that

Plaintiff have judgment against Defendants for the following:

      a.      Actual damages;

      b.      Exemplary damages as allowed by law;

      c.      Pre-judgment and post-judgment interest as allowed by law;

      d.      Costs of suit;

      e.      Attorneys' Fees;

      f.      Maintenance and Cure benefits; and

      g.      All other relief, in law and equity, to which Plaintiff may be entitled.

Respectfully submitted,

*/s/ Scott LaBarre*

_____
Scott LaBarre
LA State Bar No. 17659
SCOTT LABARRE, L.L.C.
3500 N. Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8600

**ATTORNEYS FOR PLAINTIFF**